PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 09-41750 MEH** |
| **AMIR FARHAD SAMIMI and MARIA GUADALUPE SAMIMI,** | **Chapter 13** |
| **Debtors.** | **MOTION TO MODIFY CHAPTER 13 PLAN** |
| _____/ | |

The above-named debtors apply to the court for an order to modify their Chapter 13 Plan as follows:

The Chapter 13 Plan shall be modified retroactive to March 6, 2009 to provide 0% to general non-priority unsecured creditors.

The modification is sought on the following grounds: To make the Chapter 13 plan feasible.

Dated: August 23, 2012

                                           /s/ Patrick L. Forte
                                           PATRICK L. FORTE
                                           Attorney for Debtors