```
1  PATRICK L. FORTE #80050
   ANNE Y. SHIAU, #273709
2  LAW OFFICES OF PATRICK L. FORTE
   One Kaiser Plaza, #480
3  Oakland, CA 94612
   Telephone: (510) 465-3328
4  Facsimile: (510) 763-8354
5  Attorneys for Debtors
```

The following constitutes
the order of the court. Signed October 17, 2012

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 09-41750 MEH** |
| **AMIR FARHAD SAMIMI and MARIA GUADALUPE SAMIMI,** | **Chapter 13** |
| Debtors. | <u>**ORDER MODIFYING CHAPTER 13 PLAN**</u> |

The motion of Amir Farhad Samimi & Maria Guadalupe Samimi, debtors herein ("Debtors"), to modify their Chapter 13 plan having been duly served and there being no objection by any creditors, and the Chapter 13 Trustee having stipulated to withdraw her objection, and good cause appearing therefor:

**IT IS ORDERED** that debtors' motion to modify their Chapter 13 plan be modified as follows;

The Chapter 13 Plan shall be modified retroactive to March 6, 2009 to provide 0% to general non-priority unsecured creditors.

**IT IS FURTHER ORDERED** that debtors' counsel shall be solely responsible for the enforcement of this order and for the collection of all refunds from unsecured creditors necessitated by this plan modification;

**IT IS FURTHER ORDERED** The Chapter 13 trustee shall not be liable in

Page 1 of 3

any way or bear any duty or responsibility for the collection of creditor refunds or the enforcement of this order. All refunds from creditors shall be payable to the trustee for disbursement pursuant to the provisions of the plan as modified.

**END OF ORDER**

## COURT SERVICE LIST

'No physical service required'